# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2084

_____

Terrick Terrell Nooner,               *
                                      *
           Appellant,                 *
                                      *    Appeal from the United States
      v.                              *    District Court for the
                                      *    Eastern District of Arkansas.
Larry Norris, Director, Arkansas      *
Department of Correction,             *    **[UNPUBLISHED]**
                                      *
           Appellee.                  *

_____

Submitted: October 1, 1998
Filed: October 8, 1998

_____

Before WOLLMAN, HANSEN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Terrick Terrell Nooner appeals from the district court's[1] order denying his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Having carefully reviewed the record and the parties' submissions, we affirm the judgment of the district court for the reasons set forth in its memorandum. See 8th Cir. R. 47B.

_____

[1]The Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

A true copy.

Attest:

    CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.